GEORGE DIAMOND
1900 W. Carla Vista Dr.
PO Box 6602
Chandler, AZ 85246-4026
(480) 857-0025
Dikasterio@Yahoo.com
Plaintiff in Pro Se

```
┌─────────────────────────────────────┐
│  __ FILED        __ LODGED           │
│  __ RECEIVED     __ COPY             │
│                                      │
│         OCT 15 2014                  │
│                                      │
│  CLERK U S DISTRICT COURT            │
│      DISTRICT OF ARIZONA             │
│  BY_____ DEPUTY           │
└─────────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Diamond <br><br> Plaintiff, <br><br> vs. <br><br> Wells Fargo Bank, NA; <br> Citigroup, Inc.; <br> Mortgage Electronic Registration Systems, Inc.; <br> First American Financial Corporation; <br> All persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to the Plaintiff's title, or any cloud on Plaintiff's title thereto, and does 1-100 inclusive <br><br> Defendants. | CASE: CV-14-00975-PHX-SPL <br><br> U.S. District Judge: <br> **Hon. Steven P. Logan** <br><br> **ANSWER TO DEFENDANTS WELLS FARGO BANK, NA AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S ( MERS ) MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**ANSWER TO DEFENDANTS WELLS FARGO BANK, NA AND MERS, INC.'S**

**MOTION TO DISMISS PLAINTIFF'S AMENDED CLAIM**

The PLAINTIFF, George Diamond, answers the MOTION TO DISMISS PLAINTIFF'S CLAIM

submitted by Defendants Wells Fargo Bank, NA and MERS and states:

1

B.  Denied. ( First Cause of Action )

C.  Denied. ( Second Cause of Action )

D.  Denied. ( Third Cause of Action )

E.  Denied. ( Forth Cause of Action )

F.  Denied. ( Fifth Cause of Action )

G.  Denied. (Sixth Cause of Action )

H.  Denied. (Seventh Cause of Action )

I.  Denied. ( Eighth Cause of Action )

J.  Denied. ( Ninth Cause of Action )

K.  Denied. ( Tenth Cause of Action )

L.  Denied. ( Eleventh Cause of Action )

M.  Denied. ( Twelfth Cause of Action )

WHEREFORE Plaintiff demands that the MOTION TO DISMISS CLAIM submitted by Defendants Wells Fargo Bank, NA and MERS be DENIED by this Honorable Court.

## ANSWERS TO MOTION FOR DISMISSING CLAIM SUBMITTED

## BY DEFENDANTS WELLS FARGO BANK, NA AND MERS

1.    [ **First Cause of Action:  Lack of Standing** ] The Plaintiff has already submitted the evidence executed by the Certified Fraud Examiner securitization audits to this Honorable Court and to all Defendants.  The Cause of Action – Lack of Standing is addressed clearly in Exhibits # 1 & # 2 ( pg. 23 – 30, pg. 23 – 31 ) respectively.   The Plaintiff is stating that simply producing a photocopy of the Deed of Trust and showing it does not confer ownership and holder status to Wells Fargo Bank, NA.

2

2.        [ **Second Cause of Action:  Fraud in the Concealment** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

3.        [ **Third Cause of Action:  Fraud in the Inducement** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

4.        [ **Forth Cause of Action:  Intentional Infliction of Emotional Distress** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim; and, stating that this Honorable Court will rule whether the Plaintiff, like the tens of millions of other defrauded homeowners by the major banks and lending institutions, were emotionally distressed by their loss of their home through wrongful foreclosures.

5.        [ **Fifth Cause of Action:  Slander of Title** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

6.        [ **Sixth Cause of Action:  Quiet Title** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

7.        [ **Seventh Cause of Action:  Declaratory Relief** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

8.        [ **Eighth Cause of Action:  Violation of TILA** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

9.        [ **Ninth Cause of Action:  Violation of RESPA** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

10.        [ **Tenth Cause of Action:  Violation of FCRA** ] The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

11.        [ **Eleventh Cause of Action:  Violation of FDCPA** ] The Plaintiff is referring the

Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

12.    [ **Twelfth Cause of Action:  Rescission** ]  The Plaintiff is referring the Defendants Wells Fargo Bank, NA and MERS to the Amended Claim.

Dated: 10/15/2014

George Diamond, Plaintiff in Pro Se

### CERTIFICATE OF SERVICE

ORIGINAL of the foregoing is filed with the clerk of the Court IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, on October 15, 2014.

A copy is provided to Defendants via Certified mail 10-17-2014:

**SNELL & WILMER, LLP**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
(602) 382-6000
Representing Wells Fargo Bank, NA, ASC & MERS

**Ballard Spahr, LLP**
1 East Washington St., Suite 2300
Phoenix, AZ 85004-5400
(602) 798-5400
Representing Citigroup, Inc.

**RAMRAS LEGAL, PLC**
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028-1621
(602) 734-0179
Representing First American Financial Corp.

Dated: 10/15/2014

George Diamond

Plaintiff in Pro Se

4