GEORGE DIAMOND
1900 W. Carla Vista Dr.
PO Box 6602
Chandler, AZ 85246-4026
(480) 857-0025
Dikasterio@Yahoo.com
Plaintiff in Pro Se

```
 _____
| /‾ FILED        ___ LODGED     |
| ___ RECEIVED    ___ COPY       |
|                                |
|        OCT 15 2014     (A)      |
|                                |
| CLERK U S DISTRICT COURT       |
|      DISTRICT OF ARIZONA       |
| BY_____ DEPUTY       |
|_____|
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Diamond <br><br>               Plaintiff, <br><br>        vs. <br><br> Wells Fargo Bank, NA; <br> Citigroup, Inc.; <br> Mortgage Electronic Registration Systems, Inc.; <br> First American Financial Corporation; <br> All persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to the Plaintiff's title, or any cloud on Plaintiff's title thereto, and does 1-100 inclusive <br><br>            Defendants. | CASE: CV-14-00975-PHX-SPL <br><br> U.S. District Judge: <br>     **Hon. Steven P. Logan** <br><br> **ANSWER TO DEFENDANT CITIGROUP, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

## ANSWER TO DEFENDANT CITIGROUP, INC.'S

## MOTION TO DISMISS PLAINTIFF'S AMENDED CLAIM

The PLAINTIFF, George Diamond, answers the MOTION TO DISMISS PLAINTIFF'S CLAIM

submitted by Defendant Citigroup, Inc., and states:

1

2. Denied. ( "Show Me The Note" )

3. Denied. ( "Courts Do Not Recognize Intentional Infliction of Emotional Distress" )

4. Denied. ( "A Quiet Title Claim Is Improper..." )

C. Denied. ( "The Fraud Claims Are Subject to Dismissal..." )

D. Denied. ( "Plaintiff's Claims for Violations of Federal Statutes ..." )

WHEREFORE Plaintiff demands that the MOTION TO DISMISS CLAIM submitted by Defendant Citigroup, Inc. be DENIED by this Honorable Court.

## ANSWERS TO MOTION FOR DISMISSING CLAIM

## SUBMITTED BY DEFENDANT CITIGROUP, INC.

1. [ **"Show Me The Note"** ] The Plaintiff has already submitted the evidence executed by the Certified Fraud Examiner securitization audits to this Honorable Court and to all Defendants. The Cause of Action – Lack of Standing is addressed clearly in Exhibits # 1 & # 2 ( pg. 23 – 30, pg. 23 – 31 ) respectively.

2. [ **"Courts Do Not Recognize Intentional Infliction of Emotional Distress"** ] The Plaintiff is referring the Defendant Citigroup, Inc. to the Amended Claim; and, stating that this Honorable Court will rule whether the Plaintiff, like the tens of millions of other defrauded homeowners by the major banks and lending institutions, were emotionally distressed by their loss of their home through wrongful foreclosures.

3. [ **"A Quiet Title Claim Is Improper..."** ] The Plaintiff is referring the Defendant Citigroup, Inc. to the Amended Claim.

4. [ **"The Fraud Claims Are Subject to Dismissal..."** ] The Plaintiff is referring the Defendant Citigroup, Inc. to the Amended Claim.

2

5.        [ **"Plaintiff's Claims for Violations of Federal Statutes"** ]  The Plaintiff is referring the Defendant Citigroup, Inc. to the Amended Claim.

Dated: 10/15/2014        _George Diamond_

George Diamond, Plaintiff in Pro Se

### CERTIFICATE OF SERVICE

ORIGINAL of the foregoing is filed with the clerk of the Court IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, on October 15, 2014.

A copy is provided to Defendants via Certified mail 10-17-2014:

**SNELL & WILMER, LLP**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
(602) 382-6000
Representing Wells Fargo Bank, NA, ASC & MERS


**Ballard Spahr, LLP**
1 East Washington St., Suite 2300
Phoenix, AZ 85004-5400
(602) 798-5400
Representing Citigroup, Inc.

**RAMRAS LEGAL, PLC**
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028-1621
(602) 734-0179
Representing First American Financial Corp.

Dated: 10/15/2014        _George Diamond_

George Diamond

Plaintiff in Pro Se

3